————o————

RICHARD L. POWERS, Respondent, *vs.* JOHN HURMERT, Appellant.

Powers v. Hurmert *ante*, page 136, affirmed.

*Appeal from Adair Circuit Court.*

*De France & Halliburton,* for Appellant.

*Ellison & Ellison,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

This was an action of trespass. The facts and questions involved are the same as in the case of Powers vs. Hurmert, decided at this term, and must be disposed of in the same way.

Judgment affirmed. Judge Wagner concurs. Judge Bliss absent.